## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
## Eastern Division

Dallas Buyers Club LLC
                              Plaintiff,

v.                                            Case No.: 1:15−cv−01770
                                                Honorable John Robert Blakey

Does 1−15
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 14, 2015:

      MINUTE entry before the Honorable John Robert Blakey: Defendant John Doe 14's amended motion for protective order [20] is denied. Defendant has not met his burden of proving that he will suffer annoyance, embarrassment, oppression or undue burden and expense simply because he is named, anonymously and via his IP address, in a complaint alleging copyright infringement of a mainstream, award−winning movie. Being named as a defendant says nothing about whether the defendants will ultimately be found liable for the misconduct alleged in the complaint. And the issuance of subpoenas does not preclude defendants from asserting and pursuing available defenses. The 5/19/15 Notice of Motion date is stricken; the parties need not appear. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.